McGREGOR W. SCOTT
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone (916) 554-2793

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. S-02-364 WBS |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER SETTING |
| | ) | IN LIMINE MOTION SCHEDULE |
| v. | ) | |
| | ) | |
| RAYFORD ROBERSON, | ) | Court: Hon. William B. Shubb |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

   IT IS HEREBY STIPULATED between plaintiff, United States of America, and defendant, Rayford Roberson, through their attorneys, that the following schedule be set for briefing on the Motion in Limine already set for hearing on June 8, 2005, at 9:00 a.m.:

   1.  The motion and supporting memorandum shall be filed by May 4, 2005;

   2.  Any opposition to the motion shall be filed by May 18, 2005;

3.  A reply brief may be filed by May 25, 2005;

4.  Hearing on the motion shall be held on June 8, 2005, as previously set.

```
                                    Respectfully submitted,
                                    McGREGOR W. SCOTT
                                    United States Attorney

Dated: April 25, 2005         By:      /s/
                                    MATTHEW STEGMAN
                                    Assistant U.S. Attorneys


Dated: April 25, 2005         ____    /s/
                                    Michael Bigelow
                                    Attorney for Defendant
```

O R D E R

The above schedule is adopted.  IT IS SO ORDERED.

Dated:  April 25, 2005

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2