**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 443-0217

Attorney for Defendant
Rayford Roberson

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. Cr.S-02-0364 WBS |
| Plaintiff, | PROPOSED ORDER |
| vs. | |
| RAYFORD ROBERSON | |
| Defendant | |

On March 11, 2005, this case was called for Status Conference before the Honorable William B. Shubb, United States District Judge. Assistant U.S. Attorney Matthew Stegman was present for the government. Defendant Rayford Ray Roberson was also present along with his counsel of record, Michael Bigelow, Esq.

The Court found that there was reasonable cause to believe that defendant may be unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense within the meaning of 18 U.S.C. § 4241(a). The Court therefore referred defendant to submit to an

-1-

examination pursuant to 18 U.S.C. §§4241(b) and 4242(a) by two doctors, one chosen by the prosecution, and the other by the defense. A hearing pursuant to 18 U.S.C. §4241(a) was scheduled for April 6, 2005 at 1:30 PM.

Accordingly, the defense requested Dr. Paul Mattiuzzi to examine Mr. Roberson pursuant to 18 U.S.C. §4241(a) and pursuant to order Dr. Mattiuzzi's report of that examination was filed with the Court pursuant to the provisions of 18 U.S.C. § 4247.

On April 6, 2005, at 9:00 AM that Court conducted a mental competency hearing pursuant to 18 U.S.C. §4241(a). At that hearing Dr. Mattiuzzi's report was submitted for the Court's consideration.

Accordingly, it is ordered that Dr. Mattiuzzi's fees for Expert Services shall be paid by the Department of Justice pursuant to the provisions of CACJ Guideline, Chapter 3, Section II. (Stating that examination costs are to be borne by Department of Justice, regardless of which party requests an examination, including on the court's own motion.)

**IT IS SO ORDERED**

DATED: May 23, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE