1  **MICHAEL B. BIGELOW**
   **Attorney at Law**
2  State Bar No. 65211
   428 J Street, Suite 350
3  Sacramento, CA 95814
   Telephone: (916) 443-0217
4
   Attorney for Defendant
5  Rayford Roberson

6               **IN THE UNITED STATES DISTRICT COURT**

7          **IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

8

9  UNITED STATES OF AMERICA,      )  Case No. Cr.S-02-0364 WBS
                                  )
10             Plaintiff,         )  STIPULATION AND ORDER
                                  )  RESCHEDULING SENTENCING
11      vs.                       )
                                  )  ORDER (Proposed)
12                                )
   RAYFORD ROBERSON               )  Date: November 30, 2005
13                                )  Time: 9:00 AM
               Defendant          )  Court: WBS
14                                )
   ─────────────────────────────

15      IT IS HEREBY STIPULATED AND AGREED by the parties through

16  their respective attorneys that sentencing in this matter shall

17  be rescheduled to December 7, 2005, at 9:00 AM. This

18  rescheduling is necessary because counsel is unavailable on

19  November 30, 2005, the date scheduled by the Court.

20      It is also agreed between the parties that the government's

21  response to defendant's formal objections need not be filed

22  until November 23, 2005.

23

24

25

                              -1-

1

**IT IS SO STIPULATED**

2

3

4   /S/Matt Stegman, Esq.,
Matt Stegman, Esq.,                        Dated: November 9, 2005
Assistant United States Attorney
5   Attorney for Plaintiff

6

7   **IT IS SO STIPULATED**

8

9   /S/Michael B. Bigelow                     Dated: November 9, 2005
Michael B. Bigelow
10  Attorney for Defendant

11

12

13

**IT IS SO ORDERED**

14

15  **Dated:  November 18, 2005**

16
WILLIAM B. SHUBB
17                                UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

-2-

PDF created with pdfFactory trial version www.pdffactory.com