**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 443-0217

Attorney for Defendant
Rayford Roberson

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. Cr.S-02-0364 WBS |
| | ) |
| | ) REQUEST TO EXONERATE BOND |
| Plaintiff, | ) |
| | ) (Proposed) ORDER |
| vs. | ) |
| | ) |
| RAYFORD ROBERSON | ) |
| | ) |
| Defendant | ) |

The above-captioned matter came before the Court on December 9, 2005, for judgment and sentence.

Sentence having been imposed, it is respectfully requested that bond posted in the above-entitled action be exonerated.

Dated: December 21, 2005          Respectfully submitted,


                                  /S/MICHAEL B. BIGELOW
                                  MICHAEL B. BIGELOW
                                  Attorney for Rayford Roberson

-1-

PDF created with pdfFactory trial version www.pdffactory.com

**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 443-0217

Attorney for Defendant
Rayford Roberson

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>                              )<br>           Plaintiff,         )<br>                              )<br>     vs.                      )<br>                              )<br>                              )<br>RAYFORD ROBERSON              )<br>                              )<br>           Defendant          )<br>_____) | Case No. Cr.S-02-0364 WBS<br><br>(Proposed) ORDER |

**ORDER**

The above-captioned matter came before this Court on December 9, 2005, for judgment and sentence.

Sentence having been imposed, it is herby ordered that bond posted in the above-entitled action be exonerated.

Dated: December 22, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-2-

PDF created with pdfFactory trial version www.pdffactory.com