**MICHAEL B. BIGELOW**
Attorney at Law
State Bar No. 65211
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: 916/443-0217
FAX: 916/447-2988

Attorney for Rayford Roberson

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) Plaintiff ) ) v ) ) ) RAYFORD ROBERSON., ) ) Defendant ) ) | Cr.S. 02-364 WBS (Proposed) ORDER |

**IT IS HEREBY ORDERED THAT:** Pursuant to Title 18 U.S.C. §3006A(d)(7) Rayford Roberson may proceed *n forma paueris* and prosecute his Appeal from the decision of the United States District Court, Eastern District California (Sacramento) to the Ninth Circuit Court of Appeals without prepayment of fees or costs.

DATED: December 30, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1