**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95814-0710
Telephone:  (916) 447-1134
Facsimile:   (916) 448-0265
Email:         KarowskyLaw@sbcglobal.net

Attorney for Defendant
Rayford Ray Roberson

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, ) | Case No.: Cr.S-02-364-WBS |
| Plaintiff, ) | **ORDER SETTING MOTION SCHEDULE AND HEARING DATE** |
| vs. ) | |
| Rayford Ray Roberson, ) | **Date**:  **August 27, 2007** |
| Defendant ) | **Time:  8:30 a.m.** |
| ) | **Judge:  Hon. William B. Shubb** |

**GOOD CAUSE APPEARING,** it is hereby ordered that the following motion schedule and hearing date is adopted by the Court:

June 15, 2007          Defendant's motion to be filed

August 6, 2007        Government's response due

August 20, 2007      Defendant's reply, if any, due

**August 27, 2007     Hearing on motion, at 8:30 a.m.**

**IT IS SO ORDERED.**

Dated: **June 15, 2007**

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

- 1 -

PDF created with pdfFactory trial version www.pdffactory.com