```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  MATTHEW C. STEGMAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2793
 5
 6
 7
 8                  UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   Case No. CR 02-364 WBS
                                 )
12             Plaintiff,        )   AMENDED STIPULATION AND
                                 )   [PROPOSED] ORDER RE: SETTING
13        v.                     )   MOTIONS SCHEDULE
                                 )
14  RAYFORD ROBERSON,            )
                                 )
15             Defendant.        )
                                 )
16
17       It is hereby stipulated and agreed to between the United
18  States of America through Matthew C. Stegman, Assistant United
19  States Attorney and defendant Rayford Roberson, by and through
20  his counsel, Jan David Karowsky, that the following revised
21  motion hearing date and briefing schedule be adopted by the
22  Court:
23       Government's response due:     August 27, 2007
24       Optional replies due:          September 17, 2007
25       Motions hearing date:          September 24, 2007, 8:30 a.m.
26  ///
27  ///
28  ///
```

1  This request is due to the fact that the government has been
2  attempting to get certain information from the jail needed to
3  respond to the defendant's motion, but has been unable to get the
4  information so far.  The government needs more time to get this
5  information from the jail in order to fully respond to the
6  defendant's motion.  Therefore, the government requests that the
7  above briefing and hearing schedule be adopted.
8  DATED: July 20, 2007        Respectfully submitted,
9                              MCGREGOR W. SCOTT
                                United States Attorney
10
                                /s/ Matthew Stegman
11                              MATTHEW C. STEGMAN
                                Assistant United States Attorney
12

13

14 DATED: July 20, 2007

15

16                              /S/ Jan David Karosky
                                JAN DAVID KAROSKY
17                              Attorney for Defendant
                                RAYFORD ROBERSON
18

19

20                              O R D E R

21      IT IS ORDERED.
22 Dated:  July 25, 2007

23

24                              _____
                                WILLIAM B. SHUBB
25                              UNITED STATES DISTRICT JUDGE

26

27

28                                   2