UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

RAYFORD RAY ROBERSON,

        Defendant.

NO. CR. S-02-0364 WBS

ORDER RE MOTION FOR
CLARIFICATION/RECONSIDERATION

----oo0oo----

        In ruling denying Roberson's request for an evidentiary hearing on his motion for new trial, the court assumed the truth of the matters set forth in the affidavit submitted in support of the motion. That affidavit simply said the juror whose conduct is questioned had led a Bible study group at the County Jail and at prison. As defense counsel points out in his motion for reconsideration, "[n]owhere in the investigator's affidavit was it indicated whether the juror was employed by the jail or the prison or was a volunteer."

        The issue was whether the juror lied in response to the

1

question, "Are any of you now or have you in the past been <u>employed</u> by a law enforcement agency?" [Emphasis added.]  Knowing that was the issue, defense counsel carefully and deliberately crafted the affidavit so as to be vague on the point of whether the juror was "employed" or "volunteered" as a Bible study leader at either the County Jail or prison.

        The juror did disclose that he had been employed by the Department of Corrections for five years as a prison guard approximately thirty five years previously.  If defendant's investigator was told by the juror, or had any other competent evidence, that the juror had been "employed by a law enforcement agency" other than that, they could have said so in the affidavit.  Defendant has presented no evidence that the juror lied in response to the court's questions or was otherwise guilty of any misconduct.

        IT IS THEREFORE ORDERED that Roberson's motion clarification and/or reconsideration of this courts order denying his motion for a new trial pursuant to Rule 33(b)(1) of the Federal Rules of Criminal Procedure be, and the same hereby is, DENIED.

DATED:  September 20, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE