|  |  |
|---|---|
| 1 |  |
| 2 |  |
| 3 |  |
| 4 |  |
| 5 |  |
| 6 |  |
| 7 |  |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| UNITED STATES, | NO. CIV-S-07-02608 WBS |
|---|---|
| Plaintiff, | |
|  | NO. CR-S-02-0364 WBS |
| v. | |
| RAYFORD ROBERSON, | ORDER |
| Defendant and Movant. | |

----oo0oo----

Defendant, RAYFORD ROBERSON, has filed a petition for relief pursuant to 28 U.S.C. § 2255. The United States Attorney shall file a response to the Motion on or before January 4, 2008. Defendant shall file his reply, if any, on or before January 18, 2008. The matter will then be taken under submission.

IT IS SO ORDERED.

DATED: December 5, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE