UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES, | NO. CIV-S-07-02608 WBS |
| Plaintiff, | |
| | NO. CR-S-02-0364 WBS |
| v. | |
| RAYFORD ROBERSON, | <u>ORDER DENYING</u><br><u>APPLICATION TO PROCEED</u> |
| Defendant and Movant. | <u>IN FORMA PAUPERIS</u> |

----oo0oo----

Defendant's Application to Proceed in Forma Pauperis, pursuant to 28 U.S.C. § 1951, filed December 3, 2007, is hereby DENIED for the reason that it does not appear from his application that he is unable to pay the necessary filing fees. Specifically, it appears that he has approximately $15,000 in a safe deposit box and owns real property valued at approximately $1,000 in addition to other personal property estimated at $10,000.

DATED: December 6, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE