UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

RAYFORD RAY ROBERSON,

        Defendant.

NO. CR. S-02-0364 WBS
NO. CIV. S-07-2608 WBS

ORDER DENYING MOTION FOR BOND

----oo0oo----

Defendant's motion for an order releasing him on bond pending his latest appeal or pending consideration of his motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is DENIED. See 18 U.S.C. 3143(b)(providing that the court shall order defendant detained pending appeal unless it finds, inter alia, that he is not likely to pose a danger to the safety of any other person or the community and that the appeal raises a substantial question likely to result in reversal, an order for new trial, or a reduced sentence); and United States v. Mett, 41 F.3d 1281, 1282 (9th Cir. 1994)(reserving bail in the

1

1  context of a section 2255 proceeding for those "extraordinary
2  cases involving special circumstances or a high probability of
3  success."); see also Aronson v. May, 85 S.Ct. 3 (1964).  The
4  court cannot make the necessary findings to justify releasing
5  defendant on bail here.
6  DATED:   January 24, 2008

　　　　　　　　　　　　　_____
　　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE