1  McGREGOR W. SCOTT
   United States Attorney
2  MATTHEW C. STEGMAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2793

5

6

7

8                UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )  Case No. CR 02-364 WBS
                                )
12          Plaintiff,           )  GOVERNMENT'S MOTION TO EXTEND
                                )  TIME TO RESPOND TO DEFENDANT'S
13     v.                        )  MOTION UNDER 28 U.S.C. § 2255
                                )
14 RAYFORD ROBERSON,            )
                                )
15          Defendant.           )
                                )
16

17      On December 5, 2007, the Court gave the government 30 days

18 to January 4, 2008, to respond to the defendant's motion under 28

19 U.S.C. § 2255.  On January 7, the Court granted the government's

20 request for additional time to respond until March 4, 2008. For

21 the reasons stated in the attached declaration of Assistant U.S.

22 Attorney Matthew Stegman, the government requests an additional

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

1  30-day extension of time to file its response.  The United States
2  hereby requests an extension of time until April 3, 2008, to file
3  its answer.
4  DATED: February 25, 2008            McGREGOR W. SCOTT
                                       United States Attorney
5
6
7                                      By:   /s/ Matthew Stegman
                                       MATTHEW STEGMAN
                                       Assistant U.S. Attorney
8
9  **IT IS SO ORDERED.**
10 DATED: February 25, 2008

                        _____
                        WILLIAM B. SHUBB
                        UNITED STATES DISTRICT JUDGE

D E C L A R A T I O N

I, MATTHEW STEGMAN, declare as follows:

1. I am an Assistant U.S. Attorney for the Eastern District of California and am the attorney assigned the the case of United States v. Rayford Roberson, CRS02-364 WBS, including handling appeals and other post-conviction motions by defendant Roberson.

2. Roberson was convicted in this district on July 29, 2005. A jury found him guilty on 10 felony counts, that is, making false statements in bankruptcy proceedings, making false statements in loan applications, securities fraud, and money laundering.

3. On December 9, 2005, this court sentenced him to 121 months in prison.

4. During the two years since his conviction, Roberson has made attempts to overturn his conviction. He filed an appeal with the Ninth Circuit Court of Appeals, in which the Court affirmed his conviction and sentence. He then filed a Rule 35 motion for new trial in this Court, based on claimed juror misconduct. This Court denied the motion, and Roberson is currently appealing that decision to the Ninth Circuit. The Court's docket in this case is extraordinary long for a criminal case and currently has approximately 240 entries.

5. None of Roberson's efforts have resulted in a favorable result for Roberson.

6. Upon receipt of the Court's order directing a response to defendant Miller's 2255 motion, I reviewed the motion and began to research the case to determine whether the motion could be resolved on the existing record. Roberson's § 2255 motion contains some 88 claims. Many of these claims make specific references to the trial record and require an analysis of the specific references in the motion to the trial record as a whole. Further, because of the large number of claims, many of them claiming that his trial attorney, Mr. Bigelow, failed to take certain actions, the government cannot properly respond until we obtain additional information from Mr. Bigelow regarding his representation of the defendant. It may be that the government's response can be limited to the trial record, but a proper evaluation cannot be completed without answers to the allegations from Mr. Bigelow.

7. Mr. Bigelow has reviewed the motion and agreed to convey his responses to the allegations to the government. Mr. Bigelow had agreed to provide a declaration for use in responding to the defendant's motion. However, he requested a number of items from the government in order to fully respond to the numerous claims made by the defendant in the motion. The government has provided these, consisting of transcripts and items of evidence. In addition, the government was required to request documents from another agency in order to comply with Mr. Bigelow's requests. This too was then forwarded to Mr. Bigelow.

8. Mr. Bigelow now informs the government that he will provide the government with a declaration which addresses many of the allegations contained in the defendant's 2255 motion. Although Mr. Bigelow has been working on preparing the declaration, the declaration addresses many of the approximately 88 issues raised by the defendant, and according to Mr. Bigelow,

3

1 | it has taken him longer than expected to finalize the declaration.  Mr. Bigelow tells the government that he will be able to provide the declaration by this Wednesday, February 27, 2008.

   9.  Although the government was hopeful that Mr. Bigelow would provide the information and declaration with enough time for the government to file the response by March 4, 2008, it will be very difficult, if not impossible, for the government to receive and review Mr. Bigelow's declaration, and then finalize the government's response by the current due date of March 4.  The government is therefore asking the Court to extend the time for filing the government's response for an additional 30 days.

   I declare under the penalty of perjury that the foregoing is true and correct.  Executed this 25th day of February, 2008, at Sacramento, California.

                              __/s/ Matthew Stegman_____
                              MATTHEW STEGMAN

**CERTIFICATE OF SERVICE BY MAIL**

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers.

That on February 25, 2008, she served a copy of Government's Request for an Extension of Time by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Sacramento, California.

Addressee:

Rayford Ray Roberson
14321/097 4B29
CI Taft
Correctional Institution
P.O. Box 7001
Taft, CA 93268


       /s/ Gwen Lincoln
       Gwen Lincoln