McGREGOR W. SCOTT
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2793

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 02-364 WBS |
| ) | |
| Plaintiff, ) | ORDER GRANTING GOVERNMENT'S |
| ) | MOTION TO EXTEND TIME TO |
| v. ) | RESPOND TO DEFENDANT'S MOTION |
| ) | UNDER 28 U.S.C. § 2255 |
| RAYFORD ROBERSON, ) | |
| ) | |
| Defendant. ) | |

On December 5, 2007, the Court gave the government 30 days to January 4, 2008, to respond to the defendant's motion under 28 U.S.C. § 2255. The Court granted the government's requests for additional time to respond until March 4, 2008, and then April 3, 2008. For the reasons stated in the attached declaration of Assistant U.S. Attorney Matthew Stegman, the government requests one additional extension of time to file its response. The

///

///

///

United States hereby requests an extension of time until May 9, 2008, to file its answer.

DATED: March 25, 2008                    McGREGOR W. SCOTT
                                          United States Attorney


                                     By:  /s/ Matthew Stegman
                                          MATTHEW STEGMAN
                                          Assistant U.S. Attorney

**IT IS SO ORDERED.**

DATED: March 27, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2

D E C L A R A T I O N

I, MATTHEW STEGMAN, declare as follows:

1. I am an Assistant U.S. Attorney for the Eastern District of California and am the attorney assigned the the case of United States v. Rayford Roberson, CRS02-364 WBS, including handling appeals and other post-conviction motions by defendant Roberson.

2. Roberson was convicted in this district on July 29, 2005. A jury found him guilty on 10 felony counts, that is, making false statements in bankruptcy proceedings, making false statements in loan applications, securities fraud, and money laundering.

3. On December 9, 2005, this court sentenced him to 121 months in prison.

4. During the two years since his conviction, Roberson has made attempts to overturn his conviction. He filed an appeal with the Ninth Circuit Court of Appeals, in which the Court affirmed his conviction and sentence. He then filed a Rule 35 motion for new trial in this Court, based on claimed juror misconduct. This Court denied the motion, and Roberson is currently appealing that decision to the Ninth Circuit. The Court's docket in this case is extraordinary long for a criminal case and currently has approximately 240 entries.

5. None of Roberson's efforts have resulted in a favorable result for Roberson.

6. Upon receipt of the Court's order directing a response to defendant's 2255 motion, I reviewed the motion and began to research the case to determine whether the motion could be resolved on the existing record. Roberson's § 2255 motion contains some 88 claims. Many of these claims make specific references to the trial record and require an analysis of the specific references in the motion to the trial record as a whole. Further, because of the large number of claims, many of them claiming that his trial attorney, Mr. Bigelow, failed to take certain actions, the government could not properly respond until we obtained additional information from Mr. Bigelow regarding his representation of the defendant.

7. Mr. Bigelow had reviewed the motion and agreed to convey his responses to the allegations to the government. Mr. Bigelow had agreed to provide a declaration for use in responding to the defendant's motion. However, he had requested a number of items from the government in order to fully respond to the numerous claims made by the defendant in the motion. The government provided these, consisting of transcripts and items of evidence. In addition, the government was required to request documents from another agency in order to comply with Mr. Bigelow's requests. This too was then forwarded to Mr. Bigelow.

8. Mr. Bigelow informed the government that he would provide the government with a declaration which addressed many of the allegations contained in the defendant's 2255 motion. Just a few days ago, on March 20, Mr. Bigelow sent to my office his declaration regarding the issues raised in in the defendant's 2255 motion. This was the first time I had seen any response from Mr. Bigelow, and could not yet draft answers to many of the issues raised by the defendant. A full and proper response could not have been completed without answers to the allegations from

1  Mr. Bigelow.  Mr. Bigelow said that although he had been working
   on preparing the declaration, it took him some time to prepare.
2  The declaration addressed many of the approximately 88 issues
   raised by the defendant, and according to Mr. Bigelow, it took
3  him longer than expected to finalize the declaration due to the
   number of issues raised along with the press of other cases.
4       9.   Although I was again hopeful that Mr. Bigelow would
   provide the declaration with enough time for the government to
5  file the response by April 3, 2008, it will be extremely
   difficult, if not impossible, for the me to finalize the
6  government's response by the current due date of April 3.  In
   addition to the need for time after receiving and reviewing Mr.
7  Bigelow's declaration and draft the government's response, I am
   now also preparing for a jury trial which has been confirmed for
8  trial and will begin on April 7, 2008.  I cannot both prepare for
   trial and prepare a response to the defendant's 2255 motion.  Had
9  I received Mr. Bigelow's declaration sooner, I could have
   completed the 2255 response, prior to preparing for jury trial.
10 That was not the case.  The government is therefore respectfully
   asking the Court to extend the time for filing the government's
11 response to May 9, 2008.
        I declare under the penalty of perjury that the foregoing is
12 true and correct.  Executed this 25th day of March, 2008, at
   Sacramento, California.
13                                   /s/ Matthew Stegman
                                     MATTHEW STEGMAN

4