IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. S-02-364 WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| RAYFORD R. ROBERSON | ) | |
| | ) | |
| Defendant. | ) | |

Roberson's request for an extension of time to September 18, 2008 to reply to the government's response to his motion under 28 U.S.C. § 2255 is hereby GRANTED.

DATED:  May 30, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1