IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,      )      CR. NO. S-02-364 WBS
                               )
            Plaintiff,         )      ORDER
                               )
     v.                        )
                               )
RAYFORD R. ROBERSON            )
                               )
            Defendant.         )
                               )
```

       Defendant Rayford Roberson's request for an additional extension of time to file a reply to the government's amended response to defendant's motion to vacate, set aside or correct his sentence is GRANTED.  The time to file his reply is hereby extended to September 16, 2008.  Because defendant has not made a sufficient showing to be entitled to appointment of counsel to represent him in connection with his petition under 28 U.S.C. § 2255, to the extent that his motion filed August 12, 2008, may be construed as a motion for appointment of counsel, that motion is DENIED.

1

IT IS SO ORDERED.

DATED:  August 15, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE