UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,

       Plaintiff,

  v.

RAYFORD RAY ROBERSON,

       Defendant.
_____/

NO. CR. 02-0364 WBS

MEMORANDUM AND ORDER RE:
MOTION TO VACATE CONVICTION

----oo0oo----

On September 17, 2007, Roberson filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255, which this court subsequently denied. (Docket Nos. 228, 272.) On September 15, 2008, he filed a second motion to "vacate [his] conviction" due to "racial disparity of sentencing" pursuant to 28 U.S.C. § 2255. (Docket No. 268.)

Under 28 U.S.C. § 2255(h), "a second or successive habeas petition must be certified as provided in section 2244 by a panel of the appropriate court of appeals . . . ." Roberson has not obtained an order from the Ninth Circuit authorizing this

1

1  court to consider his second petition for habeas corpus.
2  Accordingly, defendant's failure to obtain permission from the
3  appropriate court of appeals deprives this court of jurisdiction
4  to consider his successive § 2255 petition.  <u>United States v.</u>
5  <u>Allen</u>, 157 F.3d 661, 664 (9th Cir. 1998).
6       IT IS THEREFORE ORDERED that defendant's motion
7  pursuant to 28 U.S.C. § 2255, filed September 15, 2008, be, and
8  the same hereby is, DENIED.
9  DATED:  November 20, 2008

*[Signature: William B. Shubb]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE