LAW OFFICES OF PHILIP DEITCH
**Philip Deitch, SBN 29164**
Mailing Address: P.O. Box 8025
Van Nuys, California 91406-8025
Telephone:  (818) 717-0901
Fax Number  (818) 717-0906
*Philde@mindspring.com*

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | CASE NO CR  02-364  WBS |
| Plaintiff | ) ) ) | ORDER ON RENEWED  EX PARTE APPLICATION TO EXTEND TIME TO FILE APPLICATION FOR CERTIFICATE OF APPEALABILITY |
| vs. | ) ) ) | |
| RAYFORD ROBERSON | ) ) | |
| Defendant | ) | |

_____

GOOD CAUSE APPEARING, from the ex parte application of the defendant, it is ordered that the defendant may have to and including the date of February 16, 2009 by which to file an application for a certificate of appealability.

Dated:  February 6, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1