LAW OFFICES OF PHILIP DEITCH
**Philip Deitch, SBN 29164**
Mailing Address: P.O. Box 8025
Van Nuys, California 91406-8025
Telephone:  (818) 717-0901
Fax Number  (818) 717-0906
Philde@mindspring.com

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>)<br>RAYFORD ROBERSON )<br>)<br>Defendant )<br>_____ ) | CASE NO.   CR.S-02-364-WBS<br><br>ORDER ON EX PARTE FINAL APPLICATION TO EXTEND TIME TO FILE APPLICATION FOR CERTIFICATE OF APPEALABILITY; DECLARATION<br><br>Date due: February 16, 2009<br>New requested date: March 2, 2009 |

GOOD CAUSE APPEARING, from the ex parte application of the defendant, it is ordered that the defendant may have to and including March 2, 2009 to file a certificate of appealability.

Dated: February 20, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1