UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| UNITED STATES OF AMERICA, | No. 2:02-cr-364 WBS |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| RAYFORD ROBERSON, | |
| Defendant. | |

----oo0oo----

The United States has filed a Motion to Assign and Disburse Restitution. (Docket No. 293.) Defendant shall file any opposition to the United States' motion no later than thirty (30) days from the date of this order. The United States may file a reply no later than twenty-one (21) days from the date of the filing of defendant's opposition. The court will then take the motion under submission and will inform the parties if oral argument or further proceedings are necessary.

IT IS SO ORDERED.

Dated: December 7, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1