PHILLIP A. TALBERT
Acting United States Attorney
DENISE N. YASINOW
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:02-CR-00364-WBS |
|---|---|
| Plaintiff, | **ORDER TO ASSIGN AND DISBURSE RESTITUTION** |
| v. | |
| ROBERSON, RAYFORD, | |
| Defendant. | |

# ORDER

This matter is before the court on the government's motion requesting that the Clerk assign restitution and be directed to pay the restitution currently in the Clerk's registry with regard to Hassan Osman to Amal Osman.

The court, having considered the motion of the United States, and there being no objection, now finds that the motion should be, and hereby is, **GRANTED.**

/

/

/

/

/

IT IS THEREFORE ORDERED that the financial unit of the Clerk's Office for the United States District Court for the Eastern District of California is **DIRECTED** to pay any restitution currently available and any future proceeds due to the Hassan Osman to Amal Osman.

Dated:  January 11, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE