PHILLIP A. TALBERT
United States Attorney
DENISE N. YASINOW
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERSON, RAYFORD,<br><br>Defendant. | CASE NO. 2:02-CR-364-WBS<br><br>ORDER TO ASSIGN AND DISBURSE RESTITUTION |
|---|---|

**ORDER**

This matter is before the Court on the government's motion requesting that the Clerk of the Court assign restitution and be directed to pay the restitution currently in the Clerk's registry with regard to Joe and Leola Doll to just Leola Doll.

The Court, having considered the motion of the United States, now finds that the motion should be, and hereby is, GRANTED.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

ORDER TO ASSIGN AND DISBURSE RESTITUTION

1

IT IS HEREBY ORDERED that the financial unit for the U.S. District Court Clerk's Office for the Eastern District of California is directed to pay any restitution currently available and any future proceeds due to Joe and Leola Doll to just Leola Doll.

Dated: April 29, 2022

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE